CALL DOCKET
FELDMAN, J.
NOVEMBER 8, 2016

                    UNITED STATES DISTRICT OF LOUISIANA
                          EASTERN DISTRICT OF LOUISIANA

Upon review of the record, the following cases set for Call Docket on November 7, 2016, were ruled on as follows:

| | |
|---|---|
| 16-8744 | COASTAL DISTRIBUTORS, INC., ET AL. VS. DB SWING THOMPSON, ET AL. |

ORDERED: CASE DISMISSED ON MOTION.

| | |
|---|---|
| 16-9395 | JAHMAL CLARK VS. NATHANIEL JONES, ET AL. |

ORDERED: PASSED FOR 30 DAYS; PLAINTIFF SHALL FILE INTO THE RECORD THE RETURN OF SERVICE OF PROCESS EFFECTED ON THE DEFENDANTS WITHIN 21 DAYS, FAILURE TO DO SO WILL RESULT IN DISMISSAL WITHOUT PREJUDICE.

| | |
|---|---|
| 16-11557 | THAD TATUM VS. KITCHEN DEPOT, LLC, ET AL. |

ORDERED: CASE DISMISSED VOLUNTARILY.

